# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

129676

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 129676
                                COA: 263119
                                Macomb CC: 04-001205-FH

RICHARD HOWARD WORKMAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 31, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                         _____
                                             Clerk

s1219